IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAWN BRITTINGHAM, and CHRISTOPHER STORY, | § § § | No. 477, 2014 |
| Plaintiffs Below, Appellants, | § § § | Court Below: |
| v. | § § § | Superior Court of the State of Delaware, in and for |
| WILLIAM TOPPING, in his capacity as Chief of Police of the Town of Georgetown and Individually; RALPH W. HOLM, In his capacity as Captain of the Georgetown Police Department and Individually, and the TOWN OF GEORGETOWN, a municipal Corporation, | § § § § § § § § § § § § § | Sussex County

C. A. No. S11C-01-004 RFS |
| Defendants Below, Appellees. | § § | |

Submitted: March 11, 2015
Decided: April 7, 2015

Before **STRINE**, Chief Justice, **HOLLAND** and **VALIHURA**, Justices.

# **O R D E R**

This 7th day of April 2015, the Court, having considered this matter on the briefs and the oral arguments of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order of July 31, 2014;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgments of the Superior Court be, and the same hereby are, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice